Martel Nelson

sillertina@yahoo.com

1800 E Old Ranch Rd Apt 126

Colton, Ca 92324

702-818-7866

Plaintiff in Pro Se

N/S
B/O

```
                    FILED
        CLERK, U.S. DISTRICT COURT
            01/15/2025
       CENTRAL DISTRICT OF CALIFORNIA
       BY _____AP_____ DEPUTY
       DOCUMENT SUBMITTED THROUGH THE
       ELECTRONIC DOCUMENT SUBMISSION SYSTEM
```

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Martel Nelson <br>     Plaintiff <br> vs. <br> TransWorld System Inc and Experian Information Solutions Inc. <br>     Defendant | Case No.: 5:25-cv-00148-CBM(SHKx) <br><br> **COMPLAINT AND DEMAND FOR JURY TRIAL** |

Plaintiff Martel Nelson as and for his Complaint respectfully alleges as follows:

### INTRODUCTION

1. This is a civil action by Plaintiff, an individual consumer, seeking actual, statutory and punitive money damages against Defendants TransWorld System Inc ("TransWorld") and EXPERIAN INFORMATION SOLUTIONS ("Experian") for violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. (hereinafter "FCRA").

### JURISDICTION AND VENUE

2. Jurisdiction of this court arises under 15 U.S.C. § 1681(p) and 28 U.S.C. §

*Form prepared by Public Counsel.*
*© 2012, 2014, 2023 Public Counsel.*
*All rights reserved.*
*Revised: October 2023*

_____ (page number)

_____
(title of pleading)

1331.

3. Venue in this District is proper pursuant to 28 U.S.C. § 1391(b) in that the Defendants transact business in Colton, San Bernardino County, California and the conduct complained of occurred in Colton, San Bernardino County, California.

## PARTIES

4. Plaintiff is a natural person residing in Colton, California.

5. Plaintiff is a "consumer" as defined by the Fair Credit Reporting Act, 15 U.S.C. §1681a, (b) and (c).

6. Upon information and belief, Defendant TransWorld is a Pennsylvania entity with its principal place of business located at 500 Virginia Dr, Suite 514, Fort Washington, PA 19034 and its registered agent as follows: Corporation Service Company, 2595 Interstate Dr, Suite 103, Harrisburg, PA 17110.

7. Defendant TransWorld is a "furnisher of information" to consumer reporting agencies within the meaning of the FCRA, 15 U.S.C. § 1681s-2 et seq.

8. Upon information and belief, Defendant Experian is an Ohio corporation duly authorized and qualified to do business in the State of California, with its registered agent as follows: CT Corporation System, 4400 Easton Commons Way, Suite 125, Columbus, OH 43219.

9. Upon information and belief, Defendant Experian is a consumer reporting agency ("CRA") as that term is defined by 15 U.S.C. § 1681a(f) and disburses consumer reports to third parties under contract for monetary compensation.

## FACTS OF THE COMPLAINT

10. On July 5, 2024, Plaintiff obtained a copy of his consumer report from Defendant Experian and observed that the TransWorld account was reporting inaccurately.

*Form prepared by Public Counsel.*
*© 2012, 2014, 2023 Public Counsel.*
*All rights reserved.*
*Revised: October 2023*

11. On or about July 8, 2024, Plaintiff disputed the account with Defendant Experian online and informed Defendant Experian that the subject account was incorrect and can they please reinvestigate this account to ensure 100% accuracy and completeness.

12. The FCRA demands of CRAs that they utilize reasonable procedures to assure maximum possible accuracy of the information they report. 15 U.S.C. §1681e(b). When a consumer disputes an item of information, the agency must investigate the dispute and, if the information cannot be verified, delete it. 15 U.S.C. §1681i.

13. Also, when a consumer disputes the accuracy of information through the CRAs, those disputes are transmitted to the party furnishing the information. The FCRA demands that each party separately conduct a reasonable investigation of the consumer's dispute and correct or delete information they learn to be inaccurate or cannot otherwise verify.

14. Upon information and belief, Defendant Experian sent a dispute to Defendant TransWorld for reinvestigation, providing all relevant information in connection with Plaintiff's July 8, 2024, dispute.

15. Upon information and belief, Defendant TransWorld verified to Defendant Experian that the account was accurate.

16. On or about July 24, 2024, Plaintiff submitted an additional dispute to Defendant Experian online and informed Defendant Experian that the subject account was still reporting inaccurately.

17. Upon information and belief, Defendant Experian provided all relevant information to Defendant TransWorld for reinvestigation in connection with Plaintiff's July 24, 2024, dispute.

18. Upon information and belief, Defendant TransWorld verified to Defendant Experian that the account was reporting accurately.

19. Despite Plaintiff's disputes regarding the inaccurate reporting of the alleged

*Form prepared by Public Counsel.*
*© 2012, 2014, 2023 Public Counsel.*
*All rights reserved.*
*Revised: October 2023*

(page number)

(title of pleading)

open date Defendants TransWorld and Experian have continued to report the
account inaccurately from approximately January 2024 through January 2025.

20. Defendant TransWorld failed to conduct a reasonable investigation, failed to
contact Plaintiff or any third parties and failed to review underlying account
information with respect to the disputed information and/or the accuracy of the
disputed information.

21. Defendant Experian failed to conduct a reasonable investigation, failed to
contact Plaintiff or any third parties and failed to review underlying account
information with respect to the disputed information and/or the accuracy of the
disputed information.

22. The false information regarding the TransWorld account appearing on
Plaintiff's consumer reports harms Plaintiff because it does not accurately depict
Plaintiff's credit history and creditworthiness.

23. Defendant Experian published the false information regarding the TransWorld
account to third parties.

24. As a result of the actions and inactions of all Defendants, particularly the
publishing of such inaccurate and incomplete information, the personal and credit
reputation of Plaintiff has been severely damaged, causing her FICO scores to be
lowered resulting in Plaintiff being denied credit or being granted credit with a
much higher interest rate, and has caused severe humiliation, emotional distress
and mental anguish.

## FIRST CLAIM FOR RELIEF

15 U.S.C. § 1681s-2(b)(1)(A)

(Defendant TransWorld)

25. Plaintiff re-alleges and reincorporates all previous paragraphs as if fully set
out herein.

26. Defendant TransWorld has violated 15 U.S.C. § 1681s-2(b)(1)(A) in that they

*Form prepared by Public Counsel.*
*© 2012, 2014, 2023 Public Counsel.*
*All rights reserved.*
*Revised: October 2023*

(page number)

(title of pleading)

1    failed to conduct a reasonable investigation on the tradeline that is furnished to the

2    Consumer Reporting Agencies.

3    27. Defendant TransWorld caused injury in fact, by causing, among other effects,

4    mental and emotional distress, damage to credit reputation, and resulting in credit

5    damages to Plaintiff.

6    28. Defendant TransWorld's conduct was negligent and/or willful.

7    29. Plaintiff is entitled to actual damages, punitive damages, attorney's fees and

8    litigation costs for Defendant's willful acts pursuant to 15 U.S.C. § 1681n.

9    30. Alternatively, Plaintiff is entitled to actual damages, and litigation costs if

10   Defendant's violations are negligent, pursuant to 15 U.S.C. §1681o.

11

12                        **SECOND CLAIM FOR RELIEF**

13                         15 U.S.C. §1681s-2(b)(1)(B)

14                            (Defendant TransWorld)

15   31. Plaintiff re-alleges and reincorporates all previous paragraphs as if fully set

16   out herein.

17   32. Defendant TransWorld violated 15 U.S.C. § 1681s-2(b)(1)(B) by failing to

18   review all relevant information forwarded to them by the consumer reporting

19   agencies.

20   33. Defendant TransWorld caused injury in fact, by causing, among other things,

21   mental and emotional distress, damage to Plaintiff's credit reputation and rating,

22   and other injuries and damages to Plaintiff.

23   34. Defendant TransWorld's conduct was negligent and/or willful.

24   35. Plaintiff is entitled to recover actual damages, punitive damages, attorney's

25   fees and costs pursuant 15 U.S.C. § 1681n.

26   36. Alternatively, Plaintiff is entitled to actual damages, costs and attorney's

27   fees if the violation is negligent, pursuant to 15 U.S.C. §1681o.

28

*Form prepared by Public Counsel.*
*© 2012, 2014, 2023 Public Counsel.*
*All rights reserved.*
*Revised: October 2023*

_____
(page number)

(title of pleading)

## THIRD CLAIM FOR RELIEF

### 15 U.S.C. §1681s-2(b)(1)(C)

### (Defendant TransWorld)

37. Plaintiff re-alleges and reincorporates all previous paragraphs as if fully set out herein.

38. Defendant TransWorld violated 15 U.S.C. § 1681s-2(b)(1)(C) by failing to report the accurate information about the alleged tradeline to the consumer reporting agencies and by failing to report the results of the reinvestigation.

39. Defendant TransWorld caused injury in fact, by causing, among other effects, mental and emotional distress, damage to credit reputation, and resulting in credit damages to Plaintiff.

40. Defendant TransWorld's conduct was negligent and/or willful.

41. Plaintiff is entitled to recover actual damages, punitive damages, attorney's fees and costs pursuant to 15 U.S.C. § 1681n.

42. Alternatively, Plaintiff is entitled to actual damages, costs, and attorney's fees if the violation is negligent, pursuant to 15 U.S.C. §1681o.

## FOURTH CLAIM FOR RELIEF

### 15 U.S.C. §1681s-2(b)(1)(D)

### (Defendant TransWorld)

43. Plaintiff re-alleges and reincorporates all previous paragraphs as if fully set out herein.

44. Defendant TransWorld violated 15 U.S.C. § 1681s-2(b)(1)(D) by failing to report accurate information to the consumer reporting agencies and continuing to report information that was false, inaccurate and unverifiable.

45. Defendant TransWorld caused injury in fact, by causing, among other effects, mental and emotional distress, damage to credit reputation, and resulting in credit damages to Plaintiff.

Form prepared by Public Counsel.
© 2012, 2014, 2023 Public Counsel.
All rights reserved.
Revised: October 2023

_____
(page number)

_____
(title of pleading)

46. Defendant TransWorld's conduct was negligent and/or willful.

47. Plaintiff is entitled to recover actual damages, punitive damages, costs and attorney's fees pursuant 15 U.S.C. § 1681n.

48. Alternatively, Plaintiff is entitled to recover actual damages, costs and attorney's fees if the violation is negligent, pursuant to 15 U.S.C. §1681o.

## FIFTH CLAIM FOR RELIEF
### 15 U.S.C. §1681s-2(b)(1)(E)
### (Defendant TransWorld)

49. Plaintiff re-alleges and reincorporates all previous paragraphs as if fully set out herein.

50. Defendant TransWorld violated 15 U.S.C. § 1681s-2(b)(1)(E) by failing to have procedures in their system and failing to have a procedure with the consumer reporting agencies to (i) modify the inaccurate information in their system, (ii) delete the inaccurate or unverifiable, erroneous, information, or (iii) block the re-reporting of inaccurate or unverifiable information.

51. Defendant TransWorld caused injury in fact, by causing, among other effects, mental and emotional distress, damage to credit reputation, and resulting in credit damages to Plaintiff.

52. Defendant TransWorld's conduct was negligent and/or willful.

53. Plaintiff is entitled to recover actual damages, punitive damages, costs and attorney's fees pursuant 15 U.S.C. § 1681n.

54. Alternatively, Plaintiff is entitled to recover actual damages, costs and attorney's fees if the violation is negligent, pursuant to 15 U.S.C. §1681o.

## SIXTH CLAIM FOR RELIEF
### 15 U.S.C. § 1681e(b)
### (Defendant Experian)

*Form prepared by Public Counsel.*
*© 2012, 2014, 2023 Public Counsel.*
*All rights reserved.*
*Revised: October 2023*

(page number)

(title of pleading)

55. Plaintiff re-alleges and reincorporates all previous paragraphs as if fully set out herein.

56. Defendant Experian violated 15 U.S.C. § 1681e(b) because they failed to follow reasonable procedures to assure maximum possible accuracy of the TransWorld trade line information when preparing a consumer report purportedly concerning Plaintiff.

57. Defendant Experian has caused injury in fact to Plaintiff by causing mental and emotional distress, damage to credit rating, and other damages to Plaintiff.

58. At all times alleged herein, Defendant acted negligently and/or willfully.

59. Defendant Experian is liable to Plaintiff for actual damages, punitive damages, attorney's fees and costs pursuant to 15 U.S.C. §1681n and actual damages, attorney's fees and costs pursuant to 15 U.S.C. §1681o.

## SEVENTH CLAIM FOR RELIEF

### 15 U.S.C. §1681i(a)(2)

### (Defendant Experian)

60. Plaintiff re-alleges and reincorporates all previous paragraphs as if fully set out herein.

61. Defendant Experian has failed to comply with the reinvestigation requirements in 15 U.S.C. §1681i.

62. Defendant Experian has violated 15 U.S.C. § 1681i(a)(2) in that they failed to consider and forward all relevant information to the furnisher of information.

63. Defendant Experian has caused injury in fact, by causing, among other effects, mental and emotional distress, damage to credit reputation, and resulting in credit damages to Plaintiff.

64. Defendant Experian has done so either negligently or willfully.

65. Plaintiff is entitled to actual damages, punitive damages, and costs pursuant 15 U.S.C. § 1681o.

*Form prepared by Public Counsel.*
*© 2012, 2014, 2023 Public Counsel.*
*All rights reserved.*
*Revised: October 2023*

(page number)

(title of pleading)

66. Alternatively, Plaintiff is entitled to actual damages, and costs if the violation is negligent, pursuant to 15 U.S.C. §1681n.

### EIGHTH CLAIM FOR RELIEF

### 15 U.S.C. §1681i(a)(4)

(Defendant Experian)

67. Plaintiff re-alleges and reincorporates all previous paragraphs as if fully set out herein.

68. Defendant Experian has violated 15 U.S.C. §1681i(a)(4) in that they failed to delete information that was inaccurate or could not be verified.

69. Defendant Experian has caused injury in fact to Plaintiff by causing mental and emotional distress, damage to credit rating, and resulting in credit damages to Plaintiff.

70. At all times alleged herein, Defendant Experian acted negligently and/or willfully.

71. Defendant Experian is liable to Plaintiff for actual damages, punitive damages, attorney's fees and costs pursuant to 15 U.S.C. §1681n and actual damages, attorney's fees and costs pursuant to 15 U.S.C. §1681o.

### NINTH CLAIM FOR RELIEF

### 15 U.S.C. §1681i(a)(5)

(Defendant Experian)

72. Plaintiff re-alleges and reincorporates all previous paragraphs as if fully set out herein.

73. Defendant Experian violated 15 U.S.C. §1681i(a)(5) because they (i) failed to reinvestigate the NFCU tradeline on Plaintiff's consumer report, (ii) failed to find it to be inaccurate, and (iii) failed to promptly notify TransWorld that the information was deleted from Defendant's file of Plaintiff.

74. Defendant Experian violated 15 U.S.C. §1681i(a)(5) in that they failed to

*Form prepared by Public Counsel.*
*© 2012, 2014, 2023 Public Counsel.*
*All rights reserved.*
*Revised: October 2023*

_____
(page number)

_____
(title of pleading)

1  have a procedure to prevent the reoccurrence of inaccurate or unverifiable

2  information.

3  75. Defendant Experian has caused injury in fact to Plaintiff by causing mental

4  and emotional distress, damage to credit rating, and other damages to Plaintiff.

5  76. At all times alleged herein, Defendant Experian acted negligently and/or

6  willfully.

7  77. Defendant Experian is liable to Plaintiff for actual damages, punitive

8  damages, attorney's fees and costs pursuant to 15 U.S.C. §1681n and actual

9  damages, attorney's fees and costs pursuant to 15 U.S.C. §1681o.

10

11                          **TENTH CLAIM FOR RELIEF**

12                          15 U.S.C. §1681i(a)(6)(B)(iii)

13                              (Defendant Experian)

14  78. Plaintiff re-alleges and reincorporates all previous paragraphs as if fully set

15  out herein.

16  79. Defendant Experian has violated 15 U.S.C. § 1681i(a)(6)(B)(iii) in that they

17  failed to have a procedure to prevent giving false information upon re-

18  investigation.

19  80. Defendant Experian has caused injury in fact to Plaintiff by causing mental

20  and emotional distress, damage to credit rating, and resulting in credit damages to

21  Plaintiff.

22  81. At all times alleged herein, Defendant Experian acted negligently and/or

23  willfully.

24  82. Defendant Experian is liable to Plaintiff for actual damages, punitive

25  damages, attorney's fees and costs pursuant to 15 U.S.C. §1681n and actual

26  damages, attorney's fees and costs pursuant to 15 U.S.C. §1681o.

27

28                        **ELEVENTH CLAIM FOR RELIEF**

*Form prepared by Public Counsel.*
*© 2012, 2014, 2023 Public Counsel.*
*All rights reserved.*
*Revised: October 2023*

                                    _____
                                  (page number)

                              _____
                                (title of pleading)

1    15 U.S.C. §1681i(7)

2    (Defendant Experian)

3    83. Plaintiff re-alleges and reincorporates all previous paragraphs as if fully set

4    out herein.

5    84. Defendant Experian has violated 15 U.S.C. §1681i(7) in that they failed to

6    provide a written description of the procedures used to determine the accuracy and

7    completeness of the disputed information.

8    85. Defendant Experian has caused injury in fact to Plaintiff by causing mental

9    and emotional distress, damage to credit rating, and resulting in credit damages to

10   Plaintiff.

11   86. Defendant Experian acted negligently and/or willfully.

12   87. Defendant is liable to Plaintiff for actual damages, punitive damages,

13   attorney's fees and costs pursuant to 15 U.S.C. §1681n and actual damages,

14   attorney's fees and costs pursuant to 15 U.S.C. §1681o.

15

16   **JURY DEMAND AND PRAYER FOR RELIEF**

17   WHEREFORE, Plaintiff respectfully requests a jury trial pursuant to Rule 38 of

18   the Federal Rules of Civil Procedure and entry of judgment in favor of Plaintiff

19   and against all Defendants for:

20   A. Actual or statutory damages pursuant to 15 U.S.C. § 1681n(a)(1)(A).

21   B. Actual damages pursuant to 15 U.S.C. § 1681o(a)(1);

22   C. Costs and attorney's fees pursuant to 15 USC § 1681n(a)(3) and 15

23   U.S.C § 1681o(b);

24   D. For such other and further relief as the Court may deem just and

25   proper.

26

27   Respectfully submitted

28

*Form prepared by Public Counsel.*
*© 2012, 2014, 2023 Public Counsel.*
*All rights reserved.*
*Revised: October 2023*

(page number)

(title of pleading)

1

2                                                                          Dated: 1/8/2025

3                                                                          Martel Nelson

4

5                                                                          Plaintiff (Pro Se)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Form prepared by Public Counsel.*
*© 2012, 2014, 2023 Public Counsel.*
*All rights reserved.*
*Revised: October 2023*

(page number)

(title of pleading)