JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTEL NELSON,<br><br>    Plaintiff,<br><br>  vs.<br><br>TRANSWORLD SYSTEM INC. AND EXPERIAN INFORMATION SOLUTIONS INC.,<br><br><br>    Defendants | ) Case No.: 5:25-cv-00148-CBM-SHK<br>)<br>) **ORDER GRANTING**<br>) **STIPULATION OF DISMISSAL**<br>) **WITHOUT PREJUDICE AS TO**<br>) **TRANSWORLD SYSTEMS INC.**<br>) **[18]**<br>)<br>)<br>)<br>)<br>) |

  Plaintiff, Martel Nelson, and Defendant, Transworld Systems Inc. ("TSI"), having stipulated that the action shall be dismissed as to TSI without prejudice, and the Court having considered the same,

  IT IS HEREBY ORDERED that this action shall be dismissed as to TSI without prejudice.  Each party is to bear its own costs.

Dated: July 17, 2025



Consuelo B. Marshall
United State District Judge

1